NATHAN B. SCHREIER, Appellant, *v.* MILTON V. SAULPAUGH et al., Respondents.

(Submitted May 20, 1935; decided May 28, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 652.)

In the Matter of MAYFLOWER FARMS, INC., Appellant, against CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, et al., Respondents.

(Submitted May 20, 1935; decided May 28, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 9.)

In the Matter of the Claim of MAY LAFLAIR, as Committee of JOSEPH REVIER et al., Respondents, against TURNER CONSTRUCTION COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted May 20, 1935; decided May 28, 1935.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 629.)

CHARLOTTE METCALF, Respondent, *v.* MARION REYNOLDS, Appellant, Impleaded with Others.

(Submitted May 20, 1935; decided May 28, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 52.)